UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER GODSON<br><br>vs.<br><br>ARA, INC.          PLAINTIFF(S)<br><br><br>DEFENDANT(S) | Case No.<br>1:13-CV-454<br><br><br>SERVICE DOCUMENTS:<br>SUMMONS & COMPLAINT AND DEMAND FOR JURY TRIAL |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **May 14, 2013**, at **11:15 AM**, I served the above described documents upon **ARA, INC.** as shown below:

**CORPORATE SERVICE** was made by leaving a true and correct copy(ies) thereof, by then presenting to and leaving the same with **MARIO BIANCHI / CORPORATE SECRETARY**.

Said service was effected at **1919 S. HIGHLAND AVE., STE 225A, LOMBARD, IL 60148**.

**DESCRIPTION:** Gender: **M**   Race: **WHITE**   Age: **55**   Hgt: **5'10"**   Wgt: **175**   Hair: **BLACK/GRAY**   Glasses: **NO**

I declare under penalties of perjury that the information contained herein is true and correct.

_[signature]_
Robert D Fairbanks, Lic #: 117-001119
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 505
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 14th day of May, 2013
_Joan C Harenberg_
NOTARY PUBLIC

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/28/17

CLIENT NAME:
Law Offices of Kenneth Hiller PLLC
FILE #:

ORIGINAL PROOF OF SERVICE

TRACKING #
96336